To Whom This May Concern,

I am filing my Application to Proceed in Forma Pauperis without a financial certificate. I am waiting for the Law Library and High Desert State Prison to return my financial certificate to me so that I can file it with the U.S. District Court. My deadline is on the 5th of June, so that's why I'm filing my Application for in Forma Pauperis without a financial certificate.

Can I please have an extension on time so I can file my financial certificate once I recieve it?

I'm not sure how to go about this. Please advise me on the correct way to go about this if this way isn't sufficient.

Thank you and God Bless

Sincerely,

—Christopher Ryn—

---

IT IS ORDERED that ECF No. 5 is GRANTED. IT IS FURTHER ORDERED that Plaintiff shall have until August 5, 2020 to file his inmate trust account statement and financial certificate.

IT IS SO ORDERED

DATED: June 01, 2020

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE